NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


SOUVENI PETIT-FRERE,                     )
                                         )
            Appellant,                   )
                                         )
v.                                       )          Case No. 2D17-2370
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
_____ )

Opinion filed April 24, 2019.

Appeal from the Circuit Court for
Hillsborough County; Thomas Barber,
Judge.

Souveni Petit-Frere, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Carmen F. Corrente,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.


            Affirmed.


VILLANTI, KHOUZAM, and BADALAMENTI, JJ., Concur.